AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 20-mj-33-UNA
)
1657 Starboard Drive, Apt 2, Baton Rouge, LA )
)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the __Middle__ District of __Louisiana__, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☒ evidence of a crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18:922(g)(4) | Possession of a firearm by an adjudicated mental defective; |
| 18:922(a)(6) | Providing false information to a federal firearms licensee by a prohibited person in an attempt to obtain a firearm. |

The application is based on these facts:

See Attached Affidavit

☒ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Carroll "Trey" Landry, ATF Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __telephone__ *(specify reliable electronic means)*.

Date: __06/08/2020__

*Judge's signature*

City and state: __Baton Rouge, Louisiana__    Erin Wilder-Doomes, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Carroll Landry, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the premises known as 1657 Starboard Drive, Apt 2, Baton Rouge, LA (hereinafter, the "PREMISES") further described in Attachment A, for the things described in Attachment B.

2. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"). I have been so employed since July of 2014. I have a Bachelor's Degree from Louisiana State University. I have previously served as a police officer/detective for ten years with the Baton Rouge Police Department. During this time, I have been involved in the preparation and execution of numerous search warrants. I have participated and led investigations of homicides, narcotics, and other violent crimes. I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy located in Glynco, Georgia; the Federal Law Enforcement Training Center, Criminal Investigator Training Program ("CITP"); and the ATF Special Agent Basic Training ("SABT") Academy. I have conducted and been involved in numerous federal investigations relating to the aspects of Federal firearms violations. As a result of my training, general knowledge and experience as a Special Agent with ATF, I am familiar with the Federal Firearms Laws. I know that it is a violation of 18 U.S.C. § 922(g)(4), for an adjudicated mental defective to possess a firearm, and a violation of 18 U.S.C. § 922 (a)(6), for a prohibited person to provide false information to a federal firearms

licensee in an attempt to obtain a firearm. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

3. On August 6, 2019, at approximately 11:45 a.m., numerous police agencies responded to a reported active shooter situation that occurred at Walmart, 10550 Burbank Drive in Baton Rouge, Louisiana.

4. Upon arrival, police learned that Robert Earl TUCKER Jr. (B/M, 03/23/1975) engaged in an argument with Jacob Bess while at the customer service counter of Walmart. Bess and an unknown female walk out of the store. At approximately 11:48 a.m., Bess re-enters the store and approaches the customer service area. TUCKER had moved further towards the desk. Bess abruptly walks out of the store.

5. As Bess walks towards the door, TUCKER emerges from behind a pole in the customer service area as if TUCKER was pointing a firearm at Bess. TUCKER then lowers his arms and returns to the customer service area. During this time, customers and employees are seen fleeing the store. After several minutes, TUCKER walks out of the grocery side exit.

6. Responding East Baton Rouge Parish Sheriff's Office deputies located and detained TUCKER in the Walmart parking lot. Deputies located a semi-automatic Ruger, model SR9, 9mm pistol bearing serial number 338-20007 on TUCKER's person. SA Kevin Allred

provided a preliminary nexus report and advised that Ruger firearms are not made in Louisiana, and therefore traveled in interstate commerce.

7.  TUCKER was interviewed by police after the incident. TUCKER stated that he was involved in a verbal altercation with a black male in the customer service area. During the altercation, TUCKER stated that the black male attempted to get him to leave the store to fight. TUCKER stated that he heard someone near the exit yell "gun." TUCKER stated that he then removed his firearm from his waistband and saw the black male approaching his area. TUCKER pointed his firearm at the male subject. TUCKER observed that the male was unarmed, so TUCKER lowered the weapon.

8.  TUCKER was arrested by the East Baton Rouge Parish Sheriff's Office and charged with disturbing the peace, LRS 14:103 and aggravated assault with a firearm, LRS 14:37.4A.

9.  On August 6, 2019, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agent Carroll Landry and Task Force Officer Zac Woodring interviewed TUCKER in relation to his mental health history and firearm purchases. TUCKER stated that he purchased a firearm from Precision Firearms and TUCKER shoots at their range every couple of weeks. TUCKER purchased the aforementioned Ruger firearm on June 12, 2019. TUCKER stated that he does not own any additional firearms. During this interview, TUCKER advised that he had been committed to a mental facility by his mother in 2012 because he was smoking marijuana.

10. On August 9, 2019, SA Landry and TFO Woodring conducted a follow-up interview with TUCKER while he was being housed at the East Baton Rouge Parish Prison. During this interview, SA Landry asked TUCKER if he had been truthful about his "3 day stay in a mental health facility for smoking marijuana." TUCKER advised that the previous statement was not truthful, and he actually stayed in the facility for approximately 20 days. TUCKER advised that he was dishonest about his mental health information because he didn't want to lose his right to bear arms. TUCKER clarified again later in the interview that it was about 30 days that he stayed in the mental health facility.

11. TUCKER applied for a Louisiana concealed weapon permit on August 16, 2018 and it was granted. During the process, TUCKER indicated that he signed a waiver for Louisiana State Police to obtain records relative to a mental hospital stay from 2012. TUCKER stated that his mother had him committed to a hospital for approximately 72 hours for smoking marijuana.

12. TUCKER's last job was as a teacher at Idea Public Schools. TUCKER resigned after three days of training because TUCKER did not feel the supervisor was supporting him. TUCKER stated the principal who he knew had the last name of Mitchell (later identified a Lawrence Curtis) called the police on TUCKER because TUCKER came back on the property after resigning. TUCKER stated that he always gets hired as a teacher because he keeps his mannerisms and behavior in accordance so that he can get hired.

4

13.     On August 9, 2019, SA Landry contacted Idea Public Schools and spoke with Catherine Castle on the phone. Castle works in the human resource department of the school. Castle advised during a teacher development day, prior to school opening, TUCKER seemed to have a mental breakdown in front of numerous teachers. TUCKER was seen yelling at the principal. The employees were so concerned that the school was placed on lockdown.

14.     On August 13, 2019, SA Landry, TFO Davis, and SA Hutchison interviewed Lawrence Curtis. Curtis stated that during a training session, TUCKER abruptly came to the front of the class and stated "pardon me, I quit." Curtis stated that employees were concerned due to TUCKER's loud outbursts and talking to himself. Curtis contacted the EBRSO (file number 19-41057) and put the school on lockdown.

15.     After the incident at Walmart, SA Landry and TFO Davis began to investigate TUCKER's right to possess firearms pertaining to his mental health issues, and later mental health records were obtained from the State of Louisiana Department of Health and Hospitals. On November 4, 2011, Tucker was involuntarily commitment to a mental health facility for a minimum of fifteen days, by Physician Emergency Certificate, after the examining physician determined that TUCKER was: suicidal, homicidal, violent, danger to himself, dangers to others, gravely disabled, and unable to seek voluntary admission.

16.     On June 1, 2020, TUCKER went into Pelican Pawn located at 2628 S. Sherwood Forest Blvd in Baton Rouge, Louisiana, and attempted to purchase a firearm that is described as am FIE, model Titan Tiger, .38 revolver bearing serial number 0090542. TUCKER filled out an

5

ATF form 4473. On question 11(f): Have you ever been adjudicated as a mental defective or have you ever been committed to a mental institution? TUCKER marked "NO." TUCKER's right to purchase the firearm was delayed. ATF SA Kevin Allred was then notified of TUCKER's attempt to purchase the firearm. Pelican Pawn is a Federal Firearm Licensee.

17. On June 4, 2020, ATF Legal Division determined TUCKER met the definition of being adjudicated mental defective and therefore is prohibited from possessing a firearm under 18 U.S.C. § 922(g)(4). TUCKER was evaluated by a physician and determined to be "homicidal," "suicidal," and "violent" due to mental illness or substance abuse. That determination was reviewed by the Coroner's office and a Coroner's Emergency Certificate was issued. This process is in compliance with Louisiana law. Louisiana Revised Statutes § 28:53 authorizes a physician, in conjunction with an independent review by the Coroner to ensure the validity of the physician's certificate, to make a determination that a person is suffering from a mental illness, and that such person is a danger to himself or others. Thus, under Louisiana law, TUCKER was evaluated by a lawful authority which determined he was a danger to himself and to others as a result of mental illness. As such, TUCKER has been "adjudicated as a mental defective" as that term is defined in 27 CFR § 478.11.

18. SA Landry obtained records from the Veterans Affairs Clinic in Baton Rouge, Louisiana. After reviewing the documents, SA Landry located a report filed on February 21, 2020 where TUCKER spoke with a VA representative. During this meeting, the topic of firearms/weapons came up. TUCKER stated that he did (currently) own a firearm. The VA

employee asked if TUCKER owned a gun lock, TUCKER stated that he did not. The VA employee stated they had some if he would like one, TUCKER stated "I would like that." At the bottom of the document, TUCKER's name and address is also listed.

19. On June 5, 2020, at approximately 9:15 a.m., SA Allred and TFO Davis went to 1657 Starboard Drive, Apartment 2 in Baton Rouge, Louisiana. ATF made contact with TUCKER at his residence. TUCKER was issued a warning letter indicating that TUCKER is prohibited from possessing and/or purchasing. During the conversation, TUCKER was asked if TUCKER was in possession of firearms and TUCKER stated "no." TUCKER asked if there was a way for TUCKER to be allowed to possess firearms because he was put in the mental hospital illegally. SA Allred directed TUCKER to an attorney. SA Allred provided TUCKER a copy of the letter and a business card.

20. At 9:40 a.m., TUCKER called SA Allred and asked if TUCKER would be allowed to still rent/shoot firearms at the gun range. TUCKER was told that he would not be allowed to possess firearms.

21. On June 8, 2020 at 10:32 am, TUCKER text messaged Special Agent Kevin Allred from 225-239-1121. SA Allred spoke to TUCKER two times prior from the same phone number. The text message stated "I'm buying a weapon this week. I hope to see you soon." At the end of the text message, there was a smiley face emoji with sunglasses on.

7

## CONCLUSION

22. I submit that this affidavit supports probable cause for a warrant to search the PREMISES described in Attachment A and seize the items described in Attachment B.

Respectfully submitted,

Carroll Landry
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Affidavit submitted by email/pdf. and attested to me as true and accurate by telephone consistent with Federal Rules of Criminal Procedure 4.1 and 41(d)(3) on the 8th day of June, 2020.

ERIN WILDER-DOOMES
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF LOUISIANA

8

# ATTACHMENT A

## DESCRIPTION OF PREMISES TO BE SEARCHED

The premises known as 1657 Starboard Drive, Apt 2, Baton Rouge, Louisiana, 70820, is described as a two story townhouse building. The numbers 1657 is affixed to the wall facing Starboard Drive. The apartments are perpendicular to the road. Apartment door is indicated with a "2" above it.

The premises to be searched includes all rooms, attic, and other parts therein, surrounding grounds, all garages, all vehicles, storage rooms, trash containers, any outbuildings whether attached or unattached located therein and designated for the use of 1657 Starboard Drive, Apt 2, Baton Rouge, Louisiana.



## ATTACHMENT B

### PROPERTY TO BE SEIZED:

1. Books, records, receipts, bill of sales, notes, ledgers, and other papers relating to the acquisition, ordering, purchase, distribution, and sale or disposition of firearms.

2. Firearms and ammunition, including but not limited to, handguns, pistols, revolvers, rifles, shotguns, gun boxes, and firearm accessories.